UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **CORA WIGGINS** | * | **CIVIL ACTION NO. 14-0002** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **COAST PROFESSIONAL, INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 12] of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. No. 4] is hereby DENIED.

MONROE, LOUISIANA, this 18th day of June, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE