UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CORA WIGGINS** | **CIVIL ACTION NO. 14-0002** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **COAST PROFESSIONAL, INC.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

For the reasons set forth in this Court's Ruling,

IT IS ORDERED that Defendant Coast Professional, Inc.'s Motion for Attorneys' Fees and Expenses Pursuant to Fed. R. Civ. P. 54(d)(2) [Doc. No. 36] is DENIED.

MONROE, LOUISIANA, this 28th day of April, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE